**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00321-CV**

**IN RE CALCASIEU REFINING COMPANY**

**Original Proceeding**
**136th District Court of Jefferson County, Texas**
**Trial Cause No. D-206,649**

## MEMORANDUM OPINION

Relator Calcasieu Refining Company petitioned for a writ of mandamus compelling the trial court to vacate its order denying Relator's motion to dismiss for forum non conveniens and dismiss the case. The Real Parties in Interest, Shari Dearmon, individually and as next friend of Z.D., a minor, and as representative of the estate of Adam Dearmon, deceased, and John Dearmon, filed a response.

We may grant mandamus relief to correct a trial court's abuse of discretion when an appeal is an inadequate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d

1

833, 839-40 (Tex. 1992) (orig. proceeding). After reviewing Relator's petition and the response of the Real Parties in Interest, we conclude that Relator has failed to establish it is entitled to the relief sought in its petition.

Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PETITION DENIED.

PER CURIAM

Submitted on November 12, 2021
Opinion Delivered November 24, 2021

Before Golemon, C.J., Horton and Johnson, JJ.